**Order filed, November 29, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00711-CR
_____

**ALESTER D. HOGAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 176th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1344349**

## ORDER

The reporter's record in this case was due **September 24, 2012**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Wong Lee**, the substitute court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM